# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-15-00185-CV

---

**A. R., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-13-005220
### THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

The reporter's record was supplemented on June 8, 2015. Appellant filed a motion for extension of time to file her brief, asking for an additional ten days from the date the missing portion of reporter's record was filed. Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights, *see* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition), and that accelerated schedule combined with the delay in obtaining a complete reporter's record in this case places significant constraints on this Court's leeway in granting extensions.

We thus grant appellant's motion for extension of time to file her brief, extending the deadline for filing the brief to **June 19, 2015.**

It is ordered on June 8, 2015.

Before Justices Puryear, Pemberton and Bourland